# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2024-1744

———————————————

C.E.O., JR., biological father of
L-J H.O. and L-J M.O.,

    Appellant,

    v.

J.L.N., mother of L-J H.O. and
L-J M.O. and D.N. stepfather of
L-J M.O.,

    Appellees.

———————————————

On appeal from the Circuit Court for Bay County.
Peter A. Mallory, Judge.


January 3, 2025

PER CURIAM.

DISMISSED. *N.S.H. v. Dep't of Child. & Fam. Servs.*, 843 So. 2d 898 (Fla. 2003) (approving procedure that includes dismissal when, after counsel withdraws, the appellant fails to timely file his or her own brief in support of appeal of termination of parental rights).

ROBERTS, RAY, and KELSEY, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---

C.E.O., Jr., pro se, Appellant.

No appearance for Appellees.